UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ELOF HANSSON USA INC.,
          Plaintiff,

v.

EDGAR SANTIAGO, BOLIVAR ERNESTO
INFANTE QUINONES, and ANGELA
SANTIAGO,
          Defendants.
------------------------------------------------------------x

**ORDER**

18 CV 2758 (VB) (PED)

The Court conducted a case management conference today, at which all counsel appeared in person, and at which counsel for defendants Edgar Santiago and Angela Santiago requested a pre-motion conference regarding his clients' anticipated motion for summary judgment.

Accordingly, it is HEREBY ORDERED:

1. The Court will hold a pre-motion conference on January 7, 2020, at 9:30 a.m.

2. By December 16, 2019, in accordance with Paragraph 2.B.ii of the Court's Individual Practices, the Santiago defendants shall file a letter setting forth the basis for their anticipated motion.

3. Plaintiff's response to the Santiago defendants' pre-motion conference letter shall be filed by December 30, 2019, and in accordance with Paragraph 2.B.ii of the Court's Individual Practices.

Dated: November 25, 2019
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge