UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ELOF HANSSON USA INC.,                          :
             Plaintiff,                          :
                                                 :
v.                                               :     **ORDER**
                                                 :
EDGAR SANTIAGO aka "Edgar O. Santiago"            :     18 CV 2758 (VB)
and "Edgar Oscar Santiago"; and BOLIVAR           :
ERNESTO INFANTE QUINONES,                         :
             Defendants.                        :
--------------------------------------------------------------x

A final pre-trial conference in this case is scheduled for August 27, 2020, at 3:00 p.m. The Court expects to conduct this conference in person at the Hon. Charles L. Brieant, Jr., Courthouse, 300 Quarropas Street, Courtroom 620, White Plains, NY 10601.

Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. The questionnaire is located on the Court's website at: https://www.nysd.uscourts.gov/sites/default/files/2020-07/SDNY%20Screening%20Instructions.pdf. Completing the questionnaire online and ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

Dated: August 18, 2020
      White Plains, NY

                              SO ORDERED:

                              Vincent L. Briccetti
                              United States District Judge