UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ELOF HANSSON USA INC.,
           Plaintiff,

v.                                                                              **ORDER**

EDGAR SANTIAGO aka "Edgar O. Santiago"              18 CV 2758 (VB)
and "Edgar Oscar Santiago"; and BOLIVAR
ERNESTO INFANTE QUINONES,
           Defendants.
--------------------------------------------------------------x

      For the reasons stated on the record during the final pre-trial conference on August 27, 2020, plaintiff's motion in limine for an Order prohibiting defendant Edgar Santiago from using at trial the deposition testimony of a nonparty witness, in lieu of live testimony, is TERMINATED.

      The Clerk is instructed to terminate the motion. (Doc. #120).

Dated: August 28, 2020
       White Plains, NY

                                    SO ORDERED:

                                    _____
                                    Vincent L. Briccetti
                                    United States District Judge