**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ELOF HANSSON USA INC.,

<table>
<tr><td>Plaintiff,</td><td>18 <b>CIVIL</b> 2758 (VB)</td></tr>
<tr><td>-against-</td><td><b><u>RULE 54(b) JUDGMENT</u></b></td></tr>
</table>

EDGAR SANTIAGO and BOLIVAR ERNESTO
INFANTE QUINONES,

Defendants.
------------------------------------------------------------X

On November 20, 2020, the Court issued its findings of fact and conclusions of law on the record pursuant to Fed. R Civ. P. 52(a) with respect to the non-jury trial held from August 31 to September 3, 2020, in this action; having found that plaintiff has proven, by a preponderance of the evidence, its claims for Violation of Duty of fidelity and Undivided Loyalty (Count Two); Breach of Fiduciary Duty (Count Three); Faithless Servant (Count Four); Conversion (Counts Five, Six and Seven); Replevin (Count Nine); and Unjust Enrichment (Count Ten against defendant Edgar Santiago, and has not proved its claim for breach of Employment Contract (Count One),  It is hereby **ORDERED, ADJUDGED AND DECREED:**

1.    Plaintiff is entitled to $1,039,684.99 in damages, plus prejudgment interest.

2.    Pre-judgment interest will be calculated at the New York statutory rate of 9% per Annum, beginning on June 2, 2017, defendant Edgar Santiago's final date of employment with Elof Hansson USA Inc.

3.    The Court having expressly determined, for the reasons set forth on the record, That there is no just reason for delay, final judgment in favor of plaintiff and against

Defendant Edgar Santiago pursuant to Fed, R, Civ, P, 54(b) is hereby entered on the following claims: Violation of Duty of Fidelity and Undivided Loyalty (Count Two); Breach of Fiduciary Duty (Count Three); Faithless Servant (count Four); Conversion (Counts Five, Six, and Seven); Replevin (Count Nine); and Unjust Enrichment (Count Ten) damages are awarded in the amount of $1,039,684.99, plus pre-judgment interest calculated at the New York statutory rate of 9% per annum, beginning on June 2, 2017 in the amount of $325,834.43; this judgment also dismisses plaintiff's claim for breach of Employment Contract (Count One).

**DATED:**  New York, New York
November 24, 2020

**RUBY J. KRAJICK**
_____
**Clerk of Court**

**BY:**

**Deputy Clerk**