# KUCKER MARINO WINIARSKY & BITTENS, LLP

By E-Filing

**Hon. Vincent L. Briccetti**
United States District Court Judge
U.S. Courthouse, 300 Quarropas St., Room 630
White Plains, NY 10601

  Re: Elof Hansson USA Inc. v. Edgar [...]

Judge Briccetti:

> APPLICATION GRANTED.
>
> Because Docs. ##164 &167 are refiled as Doc. #168 in accordance with the SDNY Electronic Case Filing Rules & Instructions and because Docs. ##164 &167 contain information that should be (but was not) redacted pursuant to Fed. R. Civ. P. 5.2(a), the Clerk shall strike from the ECF docket Docs. ##164 &167.
>
> The Clerk shall also terminate the letter-motion. (Doc. #169).
>
> SO ORDERED:
>
> _/s/ Vincent L. Briccetti_
> Vincent L. Briccetti, U.S.D.J.
> March 23, 2021

  By this letter motion Plaintiff requests [...] redactions. On March 17, 2021, I e-filed a proposed order to show cause without emergency relief (Dkt. 166) for an order in aid of enforcement of Judgment (Nov. 24, 2020), notice of motion (Dkt. 163), affidavit with 14 exhibits (Dkt. 164-1-14) and memorandum of law (Dkt. 165). On March 18, 2021, I received Notice from the Clerk that I e-filed the affidavit using the wrong ECF button and should refile. While responding I saw a typo in para. 26 of the affidavit (referring to the 'table in para. 22' whereas it is in para. 25). I fixed the typo, signed the affidavit, notarized March 18, 2021. I then saw Ex. 10 and 11 had eight bank checks without the account # redacted. I made redactions. However, I failed to redact a horizontal column in affidavit para. 25.

  Subsequent to e-filing the affidavit/exhibits, the Clerk approved the form of the proposed order to show cause (see docket entry that day). Upon discovering the unintended redaction errors, I phoned the Court today. It is my understanding that approx. 2:00 pm today the Court temporarily sealed Dkt. 164-1-14 (March 17 affidavit and exhibits) and Dkt. 167-1-14 (March 18 affidavit and exhibits). I am e-filing a replacement affidavit with all redactions and the 14 exhibits with all redactions. I request Your Honor will consider issuing an order providing the following relief:

1. Ordering that Dkt. 164-1-14 (including my affidavit and exhibits) and Dkt. 167-1-14 including my affidavit and exhibits are permanently sealed); and

2. That the legal papers filed as Dkt. 168-1-14 (i.e., William Hummell affidavit with all redactions and 14 exhibits with redactions) are deemed to replace the legal papers filed as Dkt. 164-1-14 and the legal papers filed as Dkt. 167-1-14.

  I sincerely apologize to Your Honor and the Clerk for the unintended oversights. I also apologize to defendant Edgar Santiago and his counsel, Josh Lurie.

               Respectfully,

               William D. Hummell

cc: Via ECF

   Joshua M. Lurie, Esq., Lurie|Strupinsky, LLP