UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ELOF HANSSON USA INC.,
                Plaintiff,

v.

EDGAR SANTIAGO and BOLIVAR
ERNESTO INFANTE QUINONES,
                Defendants.
--------------------------------------------------------------x

**ORDER**

18 CV 2758 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/21/21

The Court conducted a hearing today by telephone conference, at which all counsel appeared, on (i) plaintiff's motion by order to show cause for an order in aid of enforcement of the Judgment against defendant Edgar Santiago, including a writ of execution and a turnover order (Doc. #163), and (ii) defendant Santiago's motion for an order staying enforcement of the Judgment, without the posting of a bond, until after Santiago's pending appeal is decided (Doc. #173).

For the reasons stated on the record at the hearing, defendant Santiago's motion for an order staying enforcement of the Judgment is DENIED and plaintiff's motion for an order in aid of enforcement of the Judgment is GRANTED.

Accordingly, it is HEREBY ORDERED:

1. By **May 28, 2021**, plaintiff shall submit a proposed order in aid of enforcement of the Judgment, including a writ of execution and a turnover order.

2. By **June 4, 2021**, defendant Santiago may submit a response to plaintiff's proposed order or a proposed counter-order.

3. The parties shall email a Word document of their proposed orders to Judge Briccetti's law clerk at the email address provided on the record at the hearing.

4. The Clerk is directed to terminate the motions. (Docs. ##163, 173).

Dated: May 21, 2021
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge