USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ELOF HANSSON USA INC.,

                Plaintiff,

-against-

EDGAR SANTIAGO and BOLIVAR
ERNESTO INFANTE QUINONES,

                Defendants.
------------------------------------------------------------X

**ORDER**

18 Civ. 2758 (VB) (PED)

      On February 11, 2021, Judge Briccetti referred this case to me for a Report and Recommendation as to plaintiff's motion for a default judgment against defendant Quinones and an inquest on damages. Dkt. #157. In response to my Scheduling Order (Dkt. #159), plaintiff's counsel submitted Proposed Findings of Fact and Conclusions of Law (Dkt. #176), a memorandum of law (Dkt. #177) and supporting affidavits with exhibits (Dkt. #178, #179, #180, #181).

      From August 31, 2020 to September 3, 2020, Judge Briccetti conducted a bench trial with respect to defendant Santiago. During a conference held on November 20, 2020, Judge Briccetti issued his Findings of Fact and Conclusions of Law on the record pursuant to Fed. R. Civ. P. 52(a). This decision is not included in plaintiff's submissions in support of the instant motion.

      Accordingly, in the interest of issuing a Report and Recommendation on a full and complete record, plaintiff's counsel is directed to obtain and file a transcript of Judge Briccetti's decision as expeditiously as possible.

Dated: August 3, 2021
       White Plains, New York

**SO ORDERED.**

_____
PAUL E. DAVISON, U.S.M.J.