# United States District Court
SOUTHERN DISTRICT OF NEW YORK

JUDGMENT NO. _____

DOCKET NO. 18-CV-2758

THE PRESIDENT OF THE UNITED STATES OF AMERICA
To the Marshal of the Southern District of New York, GREETING:

YOU ARE COMMANDED, that of the goods and chattels of DEFENDANT: Edgar Santiago,

378 Walnut Street, Washington Township, New Jersey 07676

in your district you cause to be made the sum of One Million Three Hundred Sixty Five Thousand Five Hundred Nineteen dollars and Forty Two cents, ($ 1,365,519.42 )

which lately in the United States District Court of the United States for the Southern District of New York, in the Second Circuit, PLAINTIFF: Elof Hansson USA Inc.

recovered against the said Edgar Santiago

in an action between Elof Hansson USA Inc.

PLAINTIFF and Edgar Santiago

DEFENDANT, in favor of said Elof Hansson USA Inc.

as appears by the record filed in the Clerk's Office of said District Court on the 24th day of November, in the year of 2020

and if sufficient personal property of the said judgment debtor cannot be found in your District, that then you cause the same to be made out of the real property belonging to such judgment debtor on the above-mentioned day, or at any time thereafter, in whose hands soever the same may be, and return this execution within sixty days after its receipt by you, to the Clerk of said District Court.

WITNESS, the Honorable Laura T. Swain, Chief Judge of the United States District Court, for the Southern District of New York, at the City of New York, on the _____ day of _____ in the year of our Lord _____, and of the Independence of the United States the two hundred _____ year.

_____
CLERK

SDNY Web
05/2021

# United States District Court
SOUTHERN DISTRICT OF NEW YORK

Elof Hansson USA Inc.

-against-

Edgar Santiago

**EXECUTION AGAINST PROPERTY**
William D. Hummell, Esq.

Kucker Marino Winiarsky & Bittens, LLP

747 Third Avenue, New York, NY 10017
Attorney for

Elof Hansson USA Inc. (PLAINTIFF)

Borough of Manhattan
City of New York

To the Marshal:
You will levy and collect

One Million Three Hundred Sixty Five Thousand

Five Hundred Ninteen _____ Dollars

and Forty Two _____ cents. ($1,365,519.42)

with interest from the 24th day

day of November  2020,

besides your fees

                                    *
                                 Attorney

* Pursuant to Section 1 on page 2 of Turnover Order, September 14, 2020 (DOC. # 207).