UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ELOF HANSSON USA INC.,

                        Plaintiff,

   - against -

EDGAR SANTIAGO, also known as
"Edgar O. Santiago" and "Edgar Oscar Santiago"),
and BOLIVAR ERNESTO INFANTE
QUINONES,

                        Defendants.
------------------------------------------------------------X



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/24/21

18 Civ. 02758-VB

**AMENDED
DEFAULT JUDGMENT**

This action having been commenced on March 29, 2018 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on defendant Edgar Santiago ("Santiago") by personal service on April 4, 2018, and proof of service having been filed on April 5, 2018, and Santiago having answered the Complaint on May 25, 2018, and Plaintiff, on April 24, 2018 and May 2, 2018, having commenced its efforts pursuant to Rule 4(f) of the Federal Rules of Civil Procedure and the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, 20 UST 361, TIAS No. 6638 (1969) (the "Hague Convention"), with the assistance of the Chinese Central Authority in Beijing, China, to make service on defendant Bolivar Ernesto Infante Quinones ("Bolivar") at his place of business in Shanghai, China (Dkt. 104), and Plaintiff with leave of the Court having filed an Amended Complaint dated February 22, 2019 (Dkt. 64) and defendant Santiago having filed an Answer to the Amended Complaint on March 22, 2019 (Dkt. 74), and Plaintiff having delivered a copy of the Amended Complaint to the Chinese Central Authority to be added to the papers to be served on Bolivar (see Dkt. 104), and the Clerk of Court having

issued a Clerk's Certificate of Default against Bolivar on November 20, 2019 (Dkt. 105), and defendant Bolivar having not answered the Amended Complaint and the time for answering the Complaint having expired,

And it appearing to the Court that Plaintiff made every reasonable effort to make service on defendant Bolivar, the Court pursuant to Article 15 in the Hague Convention which authorizes this Court to issue a default judgment, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiff have judgment against defendant Bolivar Ernesto Infante Quinones in the liquidated amount of $643,684.99 with interest at the New York statutory rate of nine percent (9%) per annum from June 2, 2017 to the entry of judgment on September 21, 2021, amounting to $249,502.88, amounting in all to $893,187.87.

Dated: New York, New York
September 23, 2021

_____
U.S.D.J.

This document was entered on the docket on _____.