S.D.N.Y.—W.P.<br>
18-cv-2758<br>
Briccetti, J.<br>
Davison, M.J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

    At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of October, two thousand twenty-one.

Present:
> Debra Ann Livingston,
> *Chief Judge,*
> Dennis Jacobs,
> Steven J. Menashi,
> *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Oct 05 2021

Elof Hansson USA Inc.,

> *Plaintiff-Appellee*,

v.                                                           20-4235

Edgar Santiago,

> *Defendant-Appellant*,

Bolivar Ernesto Infante Quinones, Angela Santiago,

> *Defendants*.

Appellant moves for a stay pending appeal. Upon due consideration, it is hereby ORDERED that the motion is DENIED because Appellant has not demonstrated that a stay is warranted. *See In re Nassau Cty. Strip Search Cases*, 783 F.3d 414 (2d Cir. 2015); *see also Nken v. Holder*, 556 U.S. 418, 434–35 (2009); *U.S. Sec. & Exch. Comm'n v. Citigroup Glob. Mkts. Inc.*, 673 F.3d 158, 162 (2d Cir. 2012).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 10/05/2021