UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ELOF HANSSON USA INC.,
           Plaintiff,

v.

EDGAR SANTIAGO and
BOLIVAR ERNESTO INFANTE QUINONES,
           Defendants.
--------------------------------------------------------------x

**ORDER**

18 CV 2758 (VB)



    The Court held a hearing today on its October 21, 2021, order to show cause (Doc. #231) regarding whether defendant Edgar Santiago and Julia Santiago should be held in civil contempt for violating the Turnover Order dated September 13, 2021 (Doc. #207). Counsel for plaintiff, counsel for defendant Edgard Santiago, and defendant Edgar Santiago appeared. Julia Santiago did not appear. Among other things, counsel and defendant Santiago agreed to work together and with Julia Santiago and Michael Jackson to ensure compliance with the Turnover Order.

    Accordingly, it is HEREBY ORDERED:

1. The show cause hearing is continued to **December 13, 2021 at 11:00 a.m**. Edgar Santiago, Julia Santiago, Michael Jackson, and all counsel are directed to appear in person for the continued show cause hearing at the United States Courthouse, Room 620, 300 Quarropas Street, White Plains, New York.

2. By **December 6, 2021**, plaintiff's counsel shall submit a letter updating the Court as to the status of the efforts to comply with the Turnover Order.

3. By November 19, 2021, plaintiff's counsel shall serve a copy of this order on Julia Santiago and Michael Jackson, and file proof of service of same on the ECF docket.

Dated: November 16, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge