UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ELOF HANSSON USA INC.,                              :
          Plaintiff,                                   :
                                                        :      **ORDER**
v.                                                  :
                                                        :      18 CV 2758 (VB)
                                                        :
EDGAR SANTIAGO and                                  :
BOLIVAR ERNESTO INFANTE QUINONES,                   :
          Defendants.                                  :
--------------------------------------------------------------x

       For the reasons set forth in the letter from plaintiff's counsel dated January 6, 2022 (Doc. #252), the continued show cause hearing currently scheduled for January 13, 2022, is adjourned.

       Accordingly, it is HEREBY ORDERED:

1. The continued show cause hearing scheduled for January 13, 2022, will now be held on **February 8, 2022, at 4:00 p.m.** Edgar Santiago, Julia Santiago, Michael Jackson, and all counsel are directed to appear in person for the continued show cause hearing on February 8, 2022, at 4:00 p.m., at the United States Courthouse, Room 620, 300 Quarropas Street, White Plains, New York.

2. By **January 11, 2022**, plaintiff's counsel shall serve a copy of this order on Julia Santiago and Michael Jackson, and file proof of service of same on the ECF docket.

The Clerk is instructed to terminate the letter-motion. (Doc. #252).

Dated: January 7, 2022
       White Plains, NY

                                       SO ORDERED:

                                       _____
                                       Vincent L. Briccetti
                                       United States District Judge