UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ELOF HANSSON USA INC.,
                Plaintiff,

v.

EDGAR SANTIAGO and
BOLIVAR ERNESTO INFANTE QUINONES,
                Defendants.
--------------------------------------------------------------x

**ORDER**

18 CV 2758 (VB)

        The Court held a hearing today on plaintiff's motion for various forms of relief brought on by order to show cause dated August 1, 2022 (Doc. #279), at which counsel for plaintiff as well as counsel for non-party 314-16-18 West 36 Street Housing Development Fund Corporation ("HDFC") appeared, and at which non-party JoAnne Dressendofer and HDFC's president Michael Jackson also appeared.

        Having considered the submissions of the parties and non-parties and the arguments of counsel and Ms. Dressendofer, plaintiff's motion is DENIED for the reasons stated on the record during the hearing.

Dated: August 31, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge